OPINION — AG — ** LICENSE TAG — MOTOR VEHICLE — MANUFACTURER'S FACTORY LIST PRICE ** (1) THE LICENSE FEE COLLECTED PURSUANT TO 47 O.S. 22.5 [47-22.5](1) IS BASED SOLELY ON THE " FACTORY DELIVERED PRICE " OF AN AUTOMOBILE, AND " THE VALUE OF ALL EXTRA OR OPTIONAL EQUIPMENT " IS NOT TO BE CONSIDERED IN CALCULATING THE LICENSE FEE. (2) THE METHODOLOGY USED TO CALCULATE THE LICENSE FEE FOR AN AUTOMOBILE, AS SET FORTH IN 47 O.S. 22.5 [47-22.5](1), MUST ALSO BE USED IN DETERMINING THE LICENSE FEE FOR A VAN DUE TO THE FACT THAT A VAN COMES WITHIN THE DEFINITION OF " AUTOMOBILE " FOUND IN 47 O.S. 22.1 [47-22.1](2) (3) THE LICENSE FEE COLLECTED UNDER 47 O.S. 22.5 [47-22.5](1) IS IN THE NATURE OF A TAX; THEREFORE, THE OWNER OF A CAR OR VAN WHO FEELS THAT HIS LICENSE FEE HAS BEEN ERRONEOUSLY DETERMINED MAY FILE A CLAIM FOR A REFUND PURSUANT TO THE PROCEDURES SET FORTH IN 68 O.S. 227 [68-227], AND HE IS ENTITLED TO A HEARING THEREON UNDER THE PROVISIONS OF 68 O.S. 228 [68-228] (TAG, PURCHASE, PROCEDURES, ERROR, COMPUTATION, TAG AGENCIES, TAG AGENT, OKLAHOMA TAX COMMISSION, FACTORY DELIVERED PRICE) CITE: 68 O.S. 228 [68-228], 68 O.S. 2104 [68-2104], 47 O.S. 22.10 [47-22.10], 47 O.S. 22.5K [47-22.5K], 47 O.S. 22.1 [47-22.1](2) (VICTOR N. BIRD)